UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE VALASUNAS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES d/b/a ALLIED UNIVERSAL,<br><br>Defendant. | No. 1:23-cv-05231-VSB |

**ORDER DISMISSING PLAINTIFF'S FIFTH, SIXTH, AND SEVENTH
CAUSES OF ACTION, WITH PREJUDICE**

On July 22, 2023, Plaintiff Suzanna Valasunas filed a complaint against Universal Protection Service, LLC, dba Allied Universal Security Services. [ECF No. 5.] The Complaint lists Seven (7) Causes of Action: (1) race discrimination under Title VII; (2) hostile work environment under Title VII; (3) race discrimination under the New York City Human Rights Law; (4) race discrimination under the New York State Human Rights Law; (5) intentional infliction of emotional distress; (6) negligent infliction of emotional distress; and (7) negligent hiring, training, supervision, and retention. On August 4, 2023, counsel for Plaintiff and counsel for Defendant agreed to the dismissal of Plaintiff's Fifth, Sixth, and Seventh Causes of Action, with prejudice.

Accordingly, it is hereby ordered that the following causes of action are hereby dismissed, with prejudice: Plaintiff's Fifth Cause of Action, intentional infliction of emotional distress; Plaintiff's Sixth Cause of Action, negligent infliction of emotional distress; and Plaintiff's Seventh Cause of Action, negligent hiring, training, supervision, and retention.

SO ORDERED: 8/7/2023

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

1